| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Scott J Goldstein LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel:  (973) 453-2838<br>Fax:  (973) 453-2869<br>sjg@sgoldsteinlaw.com<br><br>Scott J Goldstein (016472004) | Order Filed on November 10, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Russell Howe-Smith | Case No.: 21-12608<br><br>Adv. No.:<br><br>Hearing Date: 11/9/2022<br><br>Judge: Michael B. Kaplan |

**Consent Order Concerning Counsel Fees and Resolving United States Trustee's Objection**

The relief set forth on the following pages, numbered two (2) through 3    is hereby **ORDERED**.

**DATED: November 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No.: 21-12608
Case Name: In re Howe-Smith

**THIS MATTER** having been opened to the Court on the Application of the Law Offices of Scott J. Goldstein, LLC seeking compensation in the total amount of $15801.52, comprised of $15675 in fees and $126.52 in disbursements; and the United States Trustee having objected to the said requested compensation; and the Applicant and the United States Trustee having come to a resolution as to the appropriate compensation in the within matter, and the Court having reviewed the application under 11 U.S.C. §330 and Fed. R. Bankr. P. 2016, and the Court finding that the agreed amount of compensation is fair and appropriate and for good cause shown;

**IT IS HEREBY ORDERED** that the applicant, the Law Offices of Scott J. Goldstein, LLC is hereby awarded compensation in the total amount of $10524.00 to be paid from funds that counsel is holding in trust from the remainder of the initial retainer ($8024.00) and two thousand five hundred dollars in additional compensation ($2500.00) from funds that had been collected from the Subchapter V Trustee and remitted to Mr. Goldstein for safekeeping; and it is further

**ORDERED** that the Law Offices of Scott J. Goldstein, LLC shall, within 7 days of the date hereof, transmit the remaining funds being held in trust, estimated to be $2585.17 to the Office of the Standing Chapter 13 Trustee, Albert C. Russo; and it is further

Case No.: 21-12608
Case Name: In re Howe-Smith

**ORDERED** that upon the transmittal of the funds to the Chapter 13 Trustee, the Law Offices of Scott J. Goldstein, LLC shall file a certification of service indicating the transmission thereof

Dated: November 8, 2022

**LAW OFFICES OF
SCOTT J. GOLDSTEIN, LLC**

*Counsel for the Debtor-in-Possession*

By: /s/Scott J. Goldstein

SCOTT J. GOLDSTEIN
280 West Main Street
Denville, NJ 07834
Tel: 973-453-2838
sjg@sgoldsteinlaw.com

Dated: November 8, 2022

**ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 AND 9**

BY: /s/Maggie McGee
Maggie McGee
Trial Attorney
1085 Raymond Blvd., Ste. 2100
Newark, NJ 07102
Tel: 973-645-3014
Maggie.mcgee@usdoj.gov