UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Scott J. Goldstein LLC
280 W Main St
Denville, NJ 07834
Tel: (973) 453-2838
Fax:(973) 453-2869
sjg@sgoldsteinlaw.com

Scott J. Goldstein, Esq. (016472004)

**Order Filed on November 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

    Russell Howe-Smith,
                Debtor

Case No. 21-12608

Chapter: 13

Hearing Date: _____

Judge: Michael B. Kaplan

## ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: November 22, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) has been rendered, or services which were rendered pursuant under an hourly retainer pursuant to DNJ LBR 2016-5(c) having been performed and no objections having been raised it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of $7,160.00 for services rendered and expenses in the amount of 50 for a total of $7,210.00.  The allowance is payable:

- ☒  Through the Chapter 13 Plan as an administrative priority

- ☐  Outside the Plan

The Debtor's plan payments shall not be modified by this Order.